LENA B. LENSEY *v.* FREDERICK D. ADAMETZ ET AL.

FRANCIS M. HARVEY *v.* EDWARD F. BECKER ET AL.

Pursuant to the motion dated June 13, 1969, in the above-entitled consolidated cases, the judgment rendered therein is set aside, and the cases are remanded to the Superior Court in Middlesex County with direction to proceed according to law under the rule of *Harbor Construction Corporation* v. *D. V. Frione & Co.,* 158 Conn. 14, 16, 255 A.2d 823.

*Richard T. O'Connell,* for the appellee (plaintiff in the second case and defendant Harvey in the first case).

*Harry W. Edelberg,* for the appellee (named defendant) in the first case.

*Joseph J. McGuinness,* for the appellants (defendants) in the second case.

Argued October 7—decided October 7, 1969

D. H. R. CONSTRUCTION COMPANY, INC. *v.* THE RIDGEFIELD CORPORATION ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Lester Katz,* for the appellee (plaintiff).

*Elliott B. Pollack,* for the appellant (named defendant).